IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**NICHOLE JONES**                                                                                                   **PLAINTIFF**

**v.**                                      **Case No. 4:15-cv-365-KGB**

**FITNESS UNLIMITED HEALTH**
**CLUB, INC. and BPD FITNESS INC.**                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, this case is dismissed without prejudice; the relief sought is denied.

So adjudged this 11th day of January, 2016.

_____
Kristine G. Baker
United States District Judge